ALBERT P. MILLER, Appellant, *v.* NEW JERSEY STEAMBOAT COMPANY, Respondent.

(Argued June 3, 1892; decided October 4, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 6, 1890, which reversed a judgment in favor of plaintiff, entered upon a verdict and granted a new trial.

*Henry L. Brant* for appellant.

*W. P. Prentice* for respondent.

Agree to affirm on opinion of General Term, and for judgment absolute in favor of defendant on stipulation.
All concur.
Order affirmed and judgment accordingly.